# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MARK ROESEL, *et al.* | : | : |
| Plaintiff | : | CASE NO. 5:23-CV-01584 |
| and | : | JUDGE: JOHN R. ADAMS |
| DAM MANAGEMENT, LLC DBA LANNING'S | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Please take notice that Donald G. Slezak and David A. Campbell of the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby enter their appearance for DAM Management LLC dba Lanning's in the captioned matter. Please include the undersigned on all future correspondence, orders, pleadings, and other communications pertaining to this case.

Respectfully submitted,

*/s/ David A. Campbell*
David A. Campbell (0066494)
Donald G. Slezak (0092422)
1375 E. 9th Street, Suite 2250
Cleveland, OH 44114
Phone: 216-344-9422
Fax: 216-344-9421
David.a.campbell@lewisbrisbois.com
Donald.slezak@lewisbrisbois.com

*Attorneys for Defendant*

128929050.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2023, the foregoing was filed through the Court's CM/ECF electronic filing system. A copy of this filing will be sent to all parties through the court's ECF system. If a party is not registered with the court's ECF system, a true and correct copy will be sent via email and U.S. Mail, postage prepaid, upon the following:

Christopher M. Sams, Esq.
Stephan I. Voudris, Esq.
Voudris law LLC
8401 Chagrin Raod, Suite 8
Chagrin Falls, OH  44023
Phone: 440-543-0670
Fax: 440-543-0721
svoudris@voudrislaw.com
csams@voudrislaw.com
Attorneys for Plaintiffs

                                      */s/ David A. Campbell*
                                      David A. Campbell (0066494)
                                      Attorney for Defendant