# Exhibit A

## NOTICE OF COLLECTIVE ACTION LAWSUIT

*Mark Roesel and Jerry Hernandez v. DAM Management LLC d/b/a Lanning's*
Case No. 5:23-CV-01584
(United States District Court for the Northern District of Ohio Eastern Division)

**TO: All individuals employed by DAM Management LLC d/b/a Lanning's for any period of time since August 14, 2020 who were subject to a 5% fee for credit card tips or were paid less than $4.35 per hour in 2020, $4.40 in 2021, $4.65 in 2022, and $5.05 in 2023 for any week of work.**

**PLEASE READ THIS NOTICE CAREFULLY**

### I. INTRODUCTION

The purpose of this Notice is to inform you of the existence of a collective action lawsuit and your option to elect to participate in the lawsuit. This collective action lawsuit is still in the early stages of the proceeding.

### II. REASON FOR THIS LAWSUIT

Plaintiffs Mark Roesel and Jerry Hernandez worked for DAM Management LLC d/b/a Lanning's as servers for certain periods of time after August 14, 2020. During their employment with Lanning's, they were subjected to a 5% charge on all credit card tips that they received. Plaintiffs have also alleged that they did not receive at least the tipped-employee minimum wage from Lanning's for certain weeks that they worked ($4.35 per hour in 2020, $4.40 per hour in 2021, $4.65 per hour in 2022, and $5.05 per hour in 2023). Plaintiffs contend that the 5% charge on all credit card tips that they received is a violation of the Fair Labor Standards Act and resulted in them receiving less than minimum wage, in addition to the other allegation of a minimum wage violation resulting in them receiving less than minimum wage on the face of their paystubs. For these reasons, Plaintiffs filed a lawsuit against Lanning's. Plaintiffs allege that these policies applied to a significant number of Lanning's employees, resulting in minimum wage violations for those employees as well.

The Court has not made a decision on who will win this lawsuit. The right to recovery has not been established and is not certain. Participation in this lawsuit does not guarantee that you will receive any money.

### III. PROTECTION FROM RETALIATION

Lanning's may not retaliate against you for participating in this lawsuit because Ohio and Federal law prohibits employers from retaliating against individuals alleging violation of minimum wage laws.

### IV. DEFINITION OF THE COLLECTIVE ACTION

Plaintiffs seek to sue on behalf of themselves as well as other individuals employed at the Lanning's restaurant owned and operated by DAM Management LLC located at 826 N. Cleveland Massillon Rd., Akron, OH 44333 for any period of time since August 14, 2020 who were subject to a 5% fee for credit card tips or were paid less than $4.35 per hour in 2020, $4.40 in 2021, $4.65 in 2022, or $5.05 in 2023, for any week of work.

If you received a copy of this notice in an envelope specifically addressed to you, the records from Defendant indicate that you may fit the above definition.

### V. HOW TO PARTICIPATE IN THIS LAWSUIT

You may participate in this lawsuit by completing the attached "Consent Form To Join As Party Plaintiff" and mailing that signed form to Plaintiffs' counsel at **Voudris Law LLC, 8401 Chagrin Rd., Suite 8, Chagrin Falls, OH 44023**. You may also agree to participate by faxing the form to 440-543-0721 or by scanning and emailing the form to csams@voudrislaw.com.

You must complete this form as soon as possible if you wish to participate in this lawsuit. Any person who wishes to join this action must return the "Consent Form To Join As Party Plaintiff" postmarked or faxed within [45 days of Defendant providing the potential collective

action members list]. If you do not timely complete and return the "Consent Form To Join As Party Plaintiff" then you will not be able to participate in this lawsuit and will not be allowed to recover any damages that may be obtained from this lawsuit.

## VI. LEGAL EFFECT OF JOINING THE LAWSUIT

Joining this lawsuit may potentially entitle you to a monetary recovery for unpaid wages, liquidated damages, treble damages, and prejudgment interest if the Court finds in favor of Plaintiffs. You will not be entitled to any recovery if the Court finds in favor of Lanning's.

Joining this action may require you to provide information regarding your Lanning's employment.

Signing and returning the "Consent Form to Join as Party Plaintiff" by the required date designates the following attorneys to represent you and your interests:

>Stephan I. Voudris, Esq.
>Christopher M. Sams, Esq.
>Voudris Law LLC
>8401 Chagrin Road, Suite 8
>Chagrin Falls, OH 44023
>svoudris@voudrislaw.com
>csams@voudrislaw.com
>440-543-0670
>440-543-0721 (fax)

Plaintiffs' attorneys are paid on a contingency fee basis. If Plaintiffs are entitled to no recovery, then the attorneys will receive nothing. If Plaintiffs are entitled to a recovery, Plaintiffs' attorneys will seek to obtain a court order under which Lanning's would be required to pay the costs of this litigation and a reasonable attorney's fee to Plaintiffs' counsel.

Joining this lawsuit binds you to the judgment of the Court on all issues ruled on in this case, including the reasonableness of any settlement.

3

## VII. <u>LEGAL EFFECT OF NOT JOINING THE LAWSUIT</u>

If you do not join the lawsuit, then the Court's judgments or any settlements agreed upon by the parties will not affect you.

THIS NOTICE HAS BEEN AUTHORIZED BY JUDGE ADAMS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION.  THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THIS LAWSUIT. PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK ROESEL, *et al.* | ) | CASE NO. 5:23-CV-01584 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAM MANAGEMENT LLC d/b/a LANNING'S | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT FORM TO JOIN AS PARTY PLAINTIFF

    I hereby agree, consent, and opt-in pursuant to 29 U.S.C. § 216(b) and Ohio Revised Code § 4111.14(K) to be a party plaintiff in the above-captioned collective action. I agree to be represented by Voudris Law LLC. I understand that this lawsuit has been filed against DAM Management LLC d/b/a Lanning's to recover alleged unpaid minimum wages and other damages available under the Fair Labor Standards Act, Chapter 4111 of the Ohio Revised Code and Section 34a, Article II of the Ohio Constitution. I understand that by filing this consent I will be bound by the judgment of the Court on all issues in this case.

FAX to:  440-543-0721
 or
MAIL to:  8401 Chagrin Rd., Suite 8
Chagrin Falls, OH 44023

_____
Signature                                                    Date

_____
Name (Please Print Clearly)

_____
Street Address

_____
City, State, Zip Code

_____
Phone Number

_____
E-Mail Address