UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK ROESEL, *et al.* | ) | CASE NO. 5:23-CV-01584 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| DAM MANAGEMENT LLC d/b/a LANNING'S | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR COURT-AUTHORIZED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS OR, IN THE ALTERNATIVE, FOR EXPEDITED DISCOVERY

The Court hereby grants *Plaintiffs' Motion for Court-Authorized Notice to Potential Opt-In Plaintiffs or, in the Alternative, for Expedited Discovery*. The Court finds that there is a strong likelihood that Plaintiffs and the potential opt-in plaintiffs are substantially similar. The Court approves the *Notice of Collective Action Lawsuit and Consent Form to Join as Party Plaintiffs*, and Plaintiffs are authorized to send notice of this lawsuit to all individuals employed by DAM Management LLC d/b/a Lanning's for any period of time since August 14, 2020 who were subject to a 5% fee for credit card tips or were paid less than $4.35 per hour in 2020, $4.40 in 2021, $4.65 in 2022, and $5.05 in 2023, for any week of work.

Defendant must provide to Plaintiffs within ten days a list of (1) the names of all individuals employed by DAM Management LLC d/b/a Lanning's for any period of time since August 14, 2020 who were subject to a 5% fee for credit card tips or were paid less than $4.35 per hour in 2020, $4.40 in 2021, $4.65 in 2022, and $5.05 in 2023, for any week of work, (2) their contact information, including last-known home addresses (including zip code), home and mobile telephone numbers, and e-mail addresses, and (3) their dates of employment.

Plaintiffs' counsel is authorized to mail and email the Notice of Collective Action Lawsuit and Consent Form to Join as Party Plaintiffs to the individuals identified by Defendant and to telephone the individuals if the mail is returned as undeliverable.

Dated: _____                           _____
                                                                        Judge John R. Adams

Respectfully submitted,

/s/ Christopher M. Sams
Stephan I. Voudris, Esq.
Supreme Court No. 0055795
Christopher M. Sams, Esq.
Supreme Court No. 0093713
Voudris Law LLC
8401 Chagrin Road, Suite 8
Chagrin Falls, OH 44023
svoudris@voudrislaw.com
csams@voudrislaw.com
440-543-0670
440-543-0721 (fax)
*Counsel for Plaintiffs*