## NOTICE OF COLLECTIVE ACTION LAWSUIT

*Mark Roesel and Jerry Hernandez v. DAM Management LLC d/b/a Lanning's*
Case No. 5:23-CV-01584
(United States District Court for the Northern District of Ohio Eastern Division)

**TO: All servers, bartenders, and bussers employed by DAM Management LLC d/b/a Lanning's for any period of time since December 11, 2020.**

### PLEASE READ THIS NOTICE CAREFULLY

### I. INTRODUCTION

The purpose of this Notice is to inform you of the existence of a collective action lawsuit and your option to elect to participate in the lawsuit.

### II. REASON FOR THIS LAWSUIT

Plaintiffs Mark Roesel and Jerry Hernandez worked for DAM Management LLC d/b/a Lanning's as servers. During their employment with Lanning's, they were subjected to a 5% charge on all credit card tips that they received. Plaintiffs also contended that they did not receive at least the tipped-employee minimum wage from Lanning's from January 2021 to June 2021. Plaintiffs contended that the 5% charge on all credit card tips that they received is a violation of the Fair Labor Standards Act and resulted in them receiving less than minimum wage, in addition to the other allegation of a minimum wage violation resulting in them receiving less than minimum wage on the face of their paystubs. For these reasons, Plaintiffs filed a lawsuit against Lanning's. Plaintiffs allege that these policies applied to a significant number of Lanning's employees, resulting in minimum wage violations for those employees as well.

The Court has ruled on these allegations, and it has determined that Lanning's did violate the Fair Labor Standards Act, Section 34a, Article II of the Ohio Constitution, and Ohio Revised Code Section 4111.14. Participation in this lawsuit, however, does not guarantee that you will receive any money.

### III. PROTECTION FROM RETALIATION

Lanning's may not retaliate against you for participating in this lawsuit because Ohio and Federal law prohibits employers from retaliating against individuals alleging violation of minimum wage laws.

### IV. WHY YOU MAY PARTICIPATE IN THIS PROCEEDING

Plaintiffs seek to sue on behalf of themselves as well as other individuals employed at the Lanning's restaurant owned and operated by DAM Management LLC located at 826 N. Cleveland Massillon Rd., Akron, OH 44333 for any period of time since December 11, 2020 who worked as servers, bartenders, or bussers. If you received a copy of this notice in an envelope specifically addressed to you, the records from Defendant indicate that you may fit the above definition.

### V. HOW TO PARTICIPATE IN THIS LAWSUIT

You may participate in this lawsuit by completing the attached "Consent Form to Join as a Party Plaintiff" and e-signing, mailing, emailing, or faxing that signed form to Plaintiffs' counsel.

(A) To return the form by e-signing, please sign and return the form emailed to you.

(B) To return the form by mail, please include the form in the enclosed self-addressed stamped envelope included with this Notice.

(C) To return the form by email, please scan the form and attach it in an email to csams@voudrislaw.com

(D) To return the form by fax, please fax it to 440-543-0721.

If you lose or misplace your form, you may contact Plaintiffs' counsel at 440-543-0670 and request a new form.

**If you choose to participate, <u>you must complete and return this form by [60 days following the date Notices are distributed].</u>** In addition, the time period for which you may

2

recover alleged lost wages is determined by the time in which this form is filed with the Court.  If you do not complete and return this form, then you will not be able to participate in this lawsuit and will not be allowed to recover damages, if any, that may be obtained from this lawsuit.

## VI.  LEGAL EFFECT OF JOINING THE LAWSUIT

Joining this lawsuit may potentially entitle you to a monetary recovery for unpaid wages, liquidated damages, treble damages, and prejudgment interest.  Joining this action may require you to provide information regarding your Lanning's employment.

Signing and returning the "Consent Form to Join as Party Plaintiff" by the required date designates the following attorneys to represent you and your interests:

> Stephan I. Voudris, Esq.
> Christopher M. Sams, Esq.
> Voudris Law LLC
> 8401 Chagrin Road, Suite 8
> Chagrin Falls, OH 44023
> svoudris@voudrislaw.com
> csams@voudrislaw.com
> 440-543-0670
> 440-543-0721 (fax)

Plaintiffs' attorneys will seek to obtain a court order under which Lanning's would be required to pay the costs of this litigation and a reasonable attorney's fee to Plaintiffs' counsel.  Joining this lawsuit binds you to the judgment of the Court on all issues ruled on in this case, including the reasonableness of any settlement.

## VII.  LEGAL EFFECT OF NOT JOINING THE LAWSUIT

If you do not join the lawsuit, then the Court's judgments or any settlements agreed upon by the parties will not affect you.

THIS NOTICE HAS BEEN AUTHORIZED BY JUDGE ADAMS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION.  PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.