UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK ROESEL, *et al.* | : | |
| | : | |
| Plaintiff | : | CASE NO. 5:23-CV-01584 |
| | : | |
| and | : | JUDGE:   JOHN R. ADAMS |
| | : | |
| DAM MANAGEMENT, LLC | : | |
| DBA LANNING'S | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S NOTICE OF COMPLIANCE**

Defendant DAM Management, LLC dba Lanning's ("Defendant"), by and through its undersigned counsel, hereby notifies this Court that Defendant has complied with this Court's June 10, 2025 Order and Decision (the "Order") and has produced to Plaintiffs' counsel the information ordered by Defendant to produce set forth in the Order.

                                        Respectfully submitted,

                                        */s/ David A. Campbell*
                                        David A. Campbell (0066494)
                                        Donald G. Slezak (0092422)
                                        Gordon Rees Scully Mansukhani, LLP
                                        600 Superior Ave., East
                                        Suite 1300
                                        Cleveland, OH 44114
                                        Phone: (216) 302-2531
                                        Fax: (216) 539-0026
                                        Email: dcampbell@grsm.com
                                                    dslezak@grsm.com

                                        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned herby certifies that on the 24th day of July, 2025, a true and accurate copy of foregoing was served via electronic mail on Plaintiff's counsel.

                                          */s/David A. Campbell*
                                          David A. Campbell (0066494)

                                          *One of the Attorneys for Defendant*